UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

$8,077.00 in U.S. Currency, et al.,

    Defendant(s).

Case No. 21-12912

HON. MARK A. GOLDSMITH

**ORDER STRIKING DOCUMENT (Dkt. 18 )**

The Court has reviewed the following document: motion for order sealing declaration (Dkt. 18 ). The Court finds that it should be stricken for the following reason(s):

☑ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: The Government's motion for order sealing declaration (Dkt. 18) does not certify compliace with L.R. 5.1(a), as required by the Court's order issued on 12/16/21 (Dkt. 3).

Accordingly, the Court strikes the document. The Government shall file a corrected document that complies with all requirements on or before 3/3/22.

SO ORDERED.

Dated: 2/28/22
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on 2/28/22.

s/Karri Sandusky
Karri Sandusky
Case Manager