UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                              Case No. 2:21-cv-12912-MAG-KGA
                                                Hon. Mark A. Goldsmith

Eight Thousand Seventy-Seven Dollars ($8,077.00) in U.S. Currency, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  April 11, 2022 at 04:30 PM

The conference shall be initiated by counsel using the provided dial-in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties shall call into (877) 336-1274 and use access code: 9602327. An email will be sent to counsel with the security code

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K Sandusky
                                                            Case Manager

Dated:  April 6, 2022