UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                    Plaintiff,

vs.

Fifty-Seven Thousand Dollars
($57,000.00) in U.S. Currency,

                    Defendants *in rem*.
_____/

Civil Case No. 21-cv-12912
Honorable Mark A. Goldsmith

## **NOTICE OF DISMISSAL OF CASE**

Plaintiff, the United States of America, by and through its attorneys, Dawn N. Ison, United States Attorney, and Michael El-Zein, Assistant United States Attorney, files this Notice of Dismissal of Case pursuant to Federal Rule of Civil Procedure 41(a).

1. On December 14, 2021, the United States filed a Complaint for Forfeiture against certain property including the identified Defendant *in rem*. (ECF No. 1).

2. On January 10, 2022, Tony Williams filed a claim of interest to the Defendant *in rem* as well as an answer to the complaint. (ECF Nos. 14-15).

3. Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that a plaintiff may request dismissal of an action by court order on terms the court

considers proper. Fed.R.Civ.P. 41(a)(2).

4. The Defendant *in rem* has been forfeited in criminal case no. 2:23-cr-20238 in the United Sates District Court, Eastern District, Southern Division of Michigan. Civil forfeiture of this property is thus no longer necessary.

5. Additionally, counsel for the claimant to the Defendant *in rem*, Tony Williams, has stated that his client is no longer interested in pursuing his claim.

6. For the foregoing reasons, the United States asks that the Court dismiss this action as to the Fifty-Seven Thousand Dollars ($57,000.00) in U.S. Currency pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

    S/MICHAEL EL-ZEIN
    Michael El-Zein (P79182)
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI 48226
    Phone: (313) 226-9770
    E-mail: Michael.El-Zein@usdoj.gov

Dated: June 26, 2024